UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONNY MOTA,

Plaintiff,

-against-

THE CITY OF NEW ROCHELLE, et al.,

Defendants.

25-CV-8443 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

In this case, brought pursuant to 42 U.S.C. §§ 1981, 1983, and 1985, federal jurisdiction at the time of removal was premised on federal question jurisdiction, pursuant to 28 U.S.C. § 1331. *See* ECF No. 1. On December 29, 2025, the parties filed a joint stipulation withdrawing all federal claims in this matter. *See* ECF Nos. 10-1, 11.

On December 30, 2025, this Court ordered that any party opposing remand show cause in writing by January 13, 2026, as to why this case should not be remanded to the Supreme Court of New York, Westchester County. ECF No. 13. The Court stated that "[i]f no party shows cause by the deadline, the Court will remand the case for lack of subject-matter jurisdiction without further notice to the parties." *Id.* As directed, Defendants served the Order to Show Cause on Plaintiff's counsel, and filed proof of service on the docket on December 31, 2025. ECF No. 14.

The parties did not file anything by the deadline to show cause. Therefore, it is hereby ORDERED that the case is remanded to the Supreme Court of New York, Westchester County. The Clerk of Court is directed to close the case.

Dated: January 14, 2026
White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge